IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| BELINDA SAGE, #12884078 | § | |
| VS. | § | CIVIL ACTION NO. 9:08cv201<br>CRIMINAL ACTION NO. 9:06cr5 |
| UNITED STATES OF AMERICA | § | |

ORDER ADOPTING REPORT AND RECOMMENDATION

On October 17, 2008, Petitioner submitted a motion pursuant to 28 U.S.C. § 2255 to vacate, set aside or correct her sentence. Pursuant to 28 U.S.C. § 636(b)(1) and (3) and the Amended Order for the Adoption of Local Rules for the Assignment of Duties to United States Magistrate Judges, the motion was referred to United States Magistrate Judge Judith K. Guthrie.

The Magistrate Judge presented for consideration the Magistrate Judge's Report, containing proposed findings of fact and recommendations for disposition of this case. The Report recommended dismissing the case. No objections were filed.

This Court finds that the Magistrate Judge's findings and conclusions are correct, and adopts them as the Court's findings and conclusions. The Court therefore

**ORDERS**, **ADJUDGES,** and **DECREES** that Respondent's motion to dismiss (docket #6)

is **GRANTED** and this action is **DISMISSED WITH PREJUDICE**; and

**ORDERS** that all motions not previously ruled on are denied.

So **ORDERED** and **SIGNED** this **10** day of **September, 2009.**

_____
Ron Clark, United States District Judge